

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-83,930-02

### EX PARTE EDRICK JAMAR DUNN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2011-432,529-B IN THE 140TH DISTRICT COURT
### FROM LUBBOCK COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of aggravated robbery and sentenced to imprisonment for fifty years. The Seventh Court of Appeals affirmed his conviction. *Dunn v. State*, No. 07-13-00378-CR (Tex. App.—Amarillo Aug. 11, 2014).

The habeas record includes a motion to recuse filed by Applicant. It appears that the habeas judge denied the motion without referring it to the regional presiding judge as required by Texas Rules of Civil Procedure 18a(f)(1).

We remand this application to the 140th District Court of Lubbock County to allow the habeas judge to refer the motion to recuse to the regional presiding judge.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 30 days of this order. A supplemental transcript containing all orders of the regional presiding judge, and any additional information relevant to the recusal motion, shall be forwarded to this Court within 60 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: April 26, 2017
Do not publish